**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| SUSAN LUTHER )<br>2931 20TH St. NW )<br>Canton, Ohio 44708 )<br>    ) Case No. 5:10-cv-00900-JRA<br>    Plaintiff, )<br>    )<br>v. )<br>    )<br>DELANOR, KEMPER & ASSOCIATES, LLC )<br>448 Ralph David Abernathy Blvd. )<br>Atlanta, Georgia 30312 )<br>    )<br>    Defendant. ) | |

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, SUSAN LUTHER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                                RESPECTFULLY SUBMITTED,

                                                By:  /s/ Peter Cozmyk
                                                     Peter Cozmyk,
                                                     Attorney for Plaintiff

Ohio Registration No. 0078862
Krohn & Moss, Ltd.
3 Summit Park Drive
Suite 140
Independence, Ohio 44131
phone: (323) 988-2400 x. 213
fax: (866) 425-3459
e-mail: pcozmyk@consumerlawcenter.com

## CERTIFICATE OF SERVICE

    I, hereby certify that a true and correct copy of the foregoing was served upon Kimberly Bryant, Delanore, Kemper & Associates LLC, 448 Ralph David Abernathy Blvd, Unit 11, Atlanta, GA 30312, kimberly.bryant@dkallc.com via ELECTRONIC MAIL on July 8, 2010.

                                             By: /s/ Peter Cozmyk
                                                   Peter Cozmyk,
                                                   Attorney for Plaintiff