# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Susan Luther, | ) | CASE NO.: 5:10CV900 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Delanor Kemper & Associates, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

On July 8, 2010, Plaintiff filed a notice of settlement in this matter. Therefore, the docket will be marked "settled and dismissed without prejudice." The parties may submit within forty-five (45) days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case, including dismissal with prejudice, if they deem it necessary. If approved, the proposed entry shall supplement this order. This Court retains jurisdiction over the settlement.

IT IS SO ORDERED.


July 12, 2010 　　　　　　　　　　　　　　　　　_/s/ Judge John R. Adams_
　　　　　　　　　　　　　　　　　　　　　　　　JUDGE JOHN R. ADAMS
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT